In the Matter of the Claim of Mrs. EMIL (LENA) KOEHLER, Respondent, against ARMOUR & COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied, with ten dollars costs to the State Industrial Board against the employer and the insurance carrier. Motion for leave to appeal to the Court of Appeals denied. Motion to permit the memorandum (attached to motion papers) to be filed herein nunc pro tunc granted, and decision■ amended by adding thereto the following: The court has considered and passed upon the constitutional question, under section 20 of the Workmen's Compensation Law.■ Motion for stay denied. McNamee, J., not voting.

In the Matter of the Claim of MARY BARONOWSKI, Respondent, against QUAYLE & SON CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Decision■ amended by stating that the disability award is affirmed, without costs.

In the Matter of the Claim of INGEBORG LOUISE HANSEN, Respondent, against CARSON CONSTRUCTION CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied, with ten dollars costs to the State Industrial Board. McNamee, J., not voting.

In the Matter of the Claim of EMMA MONTGOMERY, Respondent, against BARTHOLOMAY MILK COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied, with ten dollars costs to the claimant against the employer and the insurance carrier. Motion for leave to appeal to the Court of Appeals denied. McNamee, J., not voting.

In the Matter of the Claim of CONCETTA INGRASSIA, Respondent, against DE LUCA CONSTRUCTION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.